UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Application of<br><br>THE TRUSTEES OF THE WEMYSS HEIRLOOMS TRUST,<br><br>                  Applicant<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding | No. _____<br><br>**APPLICATION OF THE TRUSTEES OF THE WEMYSS HEIRLOOMS TRUST <u>PURSUANT TO 28 U.S.C. § 1782</u>** |

PLEASE TAKE NOTICE that on a date to be determined by the Court, the Trustees of the Wemyss Heirlooms Trust ("The Trustees"), by their attorneys Lowenstein Sandler LLP, will move for an order, pursuant to 28 U.S.C. § 1782, granting the Trustees' application seeking discovery from Michel David-Weill, Adam Williams Fine Art Ltd. and Adam Williams for use in a proceeding to be commenced in the High Court of Justice, Queen's Bench Division, Commercial Court or such other venue in England and Wales as the Trustees may deem appropriate.

In support hereof, and filed contemporaneously herewith, the Trustees submit:

    (1)    A Memorandum of Law in Support;

    (2)    The Declaration of Jennifer Fiorica Delgado (and exhibits thereto);

    (3)    The Declaration of Davina Given; and

    (4)    A Proposed Order.

Dated: November 19, 2019

                                          Respectfully submitted,

                                          By: */s/ Jennifer Fiorica Delgado*
                                          Jennifer Fiorica Delgado
                                          **LOWENSTEIN SANDLER LLP**
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          Tel.: (212) 262-6700
                                          jdelgado@lowenstein.com
                                          *Attorneys for Applicant The Trustees of*
                                          *the Wemyss Heirlooms Trust*